UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL EUGENE HUNT
        Plaintiff(s)
  v.                                **Judgment in a Civil Case**
BEVERLY PERDUE; ALVIN KELLER, JR.
        Defendant(s)             Case Number: 5:09-CT-3084-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the plaintiff's declaration.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on February 24, 2011, with service on:
Michael Eugene Hunt  0197963, Alexander Correctional Center, 633 Old Landfill Road, Taylorsville, NC  28681 (via U.S. Mail)
Elizabeth F. Parsons (via CM/ECF Notice of Electronic Filing)

February 24, 2011                              /s/ Dennis P. Iavarone
                                                              Clerk

Raleigh, North Carolina